**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVSION**

ENGLAND LOGISTICS, INC.,             )
                                         )
                    Plaintiff,       )
                                         )
      vs.                            )       Court No.   18-cv-04680
                                         )
CHI LOGISTICS, INC.,               )       Hon. Charles. R. Norgle
                                       )
                    Defendant.     )
                                         )

**STIPULATION TO DISMISS PURSUANT TO FEDERAL RULE OF CIVIL
PROCEDURE 41(a)(1)**

All matters in dispute between the parties to the above-captioned cause having been satisfactorily compromised and settled:

It is hereby agreed and stipulated by and between the parties that the above matter is dismissed with prejudice as to all Defendants and without cost to any party, all costs having been paid, each party to bear its own attorney's fees;

It is hereby agreed that the Court retains jurisdiction to enforce the terms of the settlement and adjudicate any and all liens;

It is further agreed and stipulated that an Order pursuant to the foregoing may be entered of record without further notice to any party upon the presentation of this Stipulation.


By:    /s/ Jason Orleans_____
       Jason Orleans
       Orleans Canty Novy, LLC
       Attorney for Plaintiff, ENGLAND LOGISTICS, INC.,

By:    /s/ Jennifer Rawe Wagner_____
       Jennifer Rawe Wagner
       Magnani & Buck LTD
       Attorney for Defendant, CHI LOGISTICS, INC.,

By:    /s/ David LaPorte_____
       David LaPorte
       Law Offices of David LaPorte
       Attorney for Defendant, CHI LOGISTICS, INC.,