# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

England Logistics, Inc.
                        Plaintiff,

v.                                         Case No.: 1:18−cv−04680
                                            Honorable Charles R. Norgle Sr.

CHI Logistics, Inc.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, April 5, 2019:

      MINUTE entry before the Honorable Charles R. Norgle: Case dismissed pursuant to Stipulation to Dismiss [23] Pursuant to Federal Rule of Civil Procedure 41(a)(1). Civil case terminated. Mailed notice(ewf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.